

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

April 14, 1965

Honorable Doug Crouch                    Opinion No. C-422
District Attorney
Tarrant County                           Re: Whether the office of Justice
Fort Worth, Texas                            of the Peace in Tarrant County
                                             has the same authority to con-
                                             duct inquests and order autopsies
                                             now, as it did prior to January
Dear Mr. Crouch:                             1, 1965, and related questions.

        Your letter requesting an opinion of this office reads
in part as follows:

        "According to information received from the
    Fort Worth Chamber of Commerce, the 1960 Federal
    Census showed Tarrant County to have a population
    of 538,495. Section 1 of Article 989a of the
    Texas Code of Criminal Procedure provides that,
    effective January 1, 1965, the Commissioners'
    Court of any county having a population of more
    than 500,000 shall establish and maintain the
    office of Medical Examiner. The Tarrant County
    Commissioners' Court has not appointed a Medical
    Examiner as of the date of this writing. The
    Justices of the Peace have continued to perform
    their functions under their authority as it
    existed prior to January 1, 1965.

        "Does the office of the Justice of the Peace
    in Tarrant County have the same authority to con-
    duct inquests and order autopsies now as it did
    prior to January 1, 1965, and will that authority
    continue in effect in that office until such time
    as the Tarrant County Medical Examiner is appointed
    and qualified?

        "Will a duly licensed doctor performing an
    autopsy at the instruction of a Justice of the

Peace be held liable in damages between January 1, 1965, and such time as the Commissioners appoint a Medical Examiner for performing an illegal operation?"

Section 1 of Article 989a, Texas Code of Criminal Procedure, prescribes statutory basis for the officer of Medical Examiner and provides in part:

"Subject to the provisions of this Act, the Commissioners Court of any county having a population of more than five hundred thousand (500,000) and not having a reputable medical school as defined in Article 4501 and 4503, Revised Civil Statutes of Texas, shall establish and maintain the office of Medical Examiner. . . ."

The following statutory provision prevents public convenience from suffering because of vacancies in office. Section 12 of Article 989a provides in part:

"When the Commissioners Court of any county having a population of one hundred twenty thousand (120,000) or more, according to the last preceding Federal Census, shall establish the office of Medical Examiner, all powers and duties of Justice of the Peace in such county relating to the investigation of deaths and inquests shall vest in the office of Medical Examiner. . . ."

It is our opinion that Section 12 is controlling as to the duties of the Justice of the Peace when the office of Medical Examiner has not been established. Until the office of Medical Examiner is established as required in the mandatory language of Section 1 by the Commissioners' Court and an officer has been appointed and duly qualified, the office of the Justice of the Peace in Tarrant County has the same authority to conduct inquests and order autopsies as it did prior to January 1, 1965.

The answer to your first question requires your second question to be answered in the negative.

## S U M M A R Y

The office of Justice of the Peace in Tarrant County has the same authority to conduct inquests and order autopsies as it did prior to January 1, 1965, until the office of Medical Examiner is established and an officer appointed by the Commissioners' Court and duly qualified.

Very truly yours,

WAGGONER CARR
Attorney General

By:

Gordon Houser
Assistant

GH:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Roy Johnson
Sam Kelley
John Banks
Scott Garrison

APPROVED FOR THE ATTORNEY GENERAL
BY:  Stanton Stone